468 F.2d 199
 UNITED STATES of America, Plaintiff-Appellee,
v.
James Andrew COLBERT and Michael Beryl Reese, Defendants-Appellants.
 No. 71-2097.
 United States Court of Appeals,
Fifth Circuit.
 June 1, 1972.
Rehearing En Banc Granted June 1, 1972.
 
 Jack Drake, Drake & Knowles, University, Ala., for defendants-appellants.
 Wayman G. Sherrer, U. S. Atty., Melton Alexander, L. Scott Atkins, John S. Salter, Asst. U. S. Attys., Birmingham, Ala., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and TUTTLE, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.
 
 BY THE COURT:
 
 1
 The Court on its own motion having determined to have this case, 454 F.2d 801, reheard en banc,
 
 
 2
 It is ordered that this cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.
 
 On Court's Motion
 
 3
 Before BROWN, Chief Judge, TUTTLE, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.
 
 BY THE COURT:
 
 4
 The Court on its own motion having determined to have this case reheard en banc,
 
 
 5
 It is ordered that this cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.